# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135732

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                     SC: 135732
                                     COA: 281830
                                     Genesee CC: 07-020750-FH

DENNIS DUANE OSTRANDER,
      Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the January 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421

                            Clerk